**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JOHN J. ABRAHAM, M.D. | : | No. 311 EAL 2022 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| JESSICA PHILLIPS AND REID PHILLIPS | : | |
| | : | |
| | : | |
| PETITION OF: THOMAS JEFFERSON | : | |
| UNIVERSITY | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.